UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBIN A. CLINTON, )
)
Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:10-CV-441-FL
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 4, 2011 that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to the Commissioner for proceedings consistent with the memorandum and recommendation entered by the United States Magistrate Judge.

**This Judgment Filed and Entered on August 4, 2011, and Copies To:**

Brian M. Ricci (via CM/ECF Notice of Electronic Filing)
Candace H. Lawrence Clauson (via CM/ECF Notice of Electronic Filing)

August 4, 2011            DENNIS P. IAVARONE, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk