IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO: 5:10-CV-441-FL

| | |
|---|---|
| ROBIN A. CLINTON, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY ADMINISTRATION, )<br>)<br>Defendant. ) | ORDER GRANTING ATTORNEY<br>FEES PURSUANT TO THE<br>EQUAL ACCESS TO JUSTICE<br>ACT, 28 U.S.C. § 2412 |

This is a Social Security case in which judgment was entered on August 3, 2011, and Order entered that the decision of the Commissioner was reversed and the case remanded for further proceedings. Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that the Commissioner of the Social Security Administration pay to Robin A. Clinton the sum of $4,237.50 in fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

This 24th day of September, 2011.